UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GF HEALTH PRODUCTS, INC.,

                      Plaintiff,                  **ORDER**

   - against -

PETER WINOCUR,
                                              CV 03-4754 (TCP) (JO)

                      Defendant.
-----------------------------------------------------------X
PLATT, District Judge:

       Before the Court is a Report and Recommendation ("the Report") of U. S. Magistrate Judge James Orenstein dated May 9, 2005, which recommends that this Court so order a February 25, 2005 stipulation substituting the law firm of Holland & Knight with the law firm of Tunstead & Schechter, as attorneys for Plaintiff GF Health Products.

       On the basis of, and for the reasons set forth in the Report, U.S. Magistrate Judge James Orenstein's recommendation is **AFFIRMED** and **ADOPTED** as an Order of this Court.

**SO ORDERED**.                              __/S/_____
                                              Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
       May 31, 2005